Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Caterina Marie Harris<br><br>Debtors(s) | Chapter 13 Case Number:<br>16-42071-RLE13 |

## STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

PURSUANT to the Chapter 13 Trustee's Motion for Failure to Make Chapter 13 Plan Payments, the debtor(s) have conferred with the Trustee and the following arrangements to cure defaults have been agreed to:

TO MAKE A PAYMENT OF $1250 FOR MARCH 2018. THEN INCREASE PAYMENT TO $1623.50 FOR 2 MONTHS EFFECTIVE APRIL 2018. THIS STIPULATION WILL BRING CASE CURRENT. DEBTOR IS AWARE PAYMENTS MUST BE MADE ON TIME AND FOR THE FULL AMOUNT OR THIS CASE WILL BE DISMISSED. DEBTORS DUE DATE IS THE 23RD OF EVERY MONTH.

AS A CONDITION OF THIS AGREEMENT, REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

THIS STIPULATION IS NOT BINDING ON ANY CREDITORS.

Dated: 3/30/18

_____
Debtor

Dated: _____

_____
Debtor

Dated: 03/29/2018

_____
Attorney for Debtor

Dated: 4-3-18

Martha G. Bronitsky
Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT

In re:

Caterina Marie Harris

Case No.: 16-42071-RLE13

Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Caterina Marie Harris
1429 Legend Lane
Brentwood, CA 94513

(Debtor(s))

Geoffrey Wiggs Atty
1900 S Norfolk St #350
San Mateo, CA 94403

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 05, 2018

/s/ CHRISTIE ACOSTA
CHRISTIE ACOSTA