Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

The following constitutes
the order of the court. Signed April 9, 2018

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Caterina Marie Harris

Debtors(s)

Chapter 13 Case Number:
16-42071-RLE13

ORDER APPROVING
STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE
TO MAKE CHAPTER 13 PLAN PAYMENTS

Upon consideration of the Stipulation and good cause appearing therefore;

IT IS ORDERED THAT the Stipulation on Trustees Motion to Dismiss for Failure to Make

Chapter 13 Plan Payments filed on April 05, 2018 is approved , same being document #64.

END OF ORDER

COURT SERVICE LIST